IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

MARGIE FITE,                              )
                                          )
                    Plaintiff,            )
                                          )
vs.                                       )        Case Number CIV-12-25-RJC
                                          )
BAYER CORPORATION,                        )
BAYER CORPORATION DISABILITY              )
PLAN, BAYER CORPORATION ERISA             )
REVIEW COMMITTEE, and MATRIX              )
ABSENCE MANAGEMENT, INC.,                 )
                                          )
                    Defendants.           )

J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Defendants' Motion

for Summary Judgment should be granted, and judgment is therefore entered on behalf of all

Defendants and against Plaintiff.

DATED this 12th day of March, 2013.


_____
ROBIN J. CAUTHRON
United States District Judge